# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
World Rose Company ) ASBCA Nos. 58026, 58750
)
Under Contract No. W5KA4N-10-C-0133 )

APPEARANCE FOR THE APPELLANT: Mr. Ahmed G. Alshammari
President

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Vera A. Strebel, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.

The appeals are dismissed with prejudice.

Dated: 27 March 2014

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58026, 58750, Appeals of World Rose Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals